IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>ARGIRO DE JESUS VELASQUEZ-VELASQUEZ, *et al.*,<br><br>Defendants. | Criminal No. 22-cr-10060-RGS |

## JOINT INTERIM STATUS REPORT

The defendants were indicted on March 16, 2022, for one count of money laundering conspiracy in violation of Title 18, United States Code, Section 1956(h) and multiple substantive counts of money laundering in violation of Title 18, United States Code, Section 1956(a). After being arrested and released on conditions in the Middle District of Florida, defendant German Millan-Padilla made his initial appearance in this district on May 10, 2022. After being arrested and released on conditions in the Southern District of Florida, defendants Dawnett Rochelle McGee, Kimali St Georges Myers, and Robert Heuton Colespring made their initial appearance in this district on June 28, 2022. After being arrested in Jamaica, defendants St Devon Anthony Cover and Dennis Raymond Rowe made their initial appearance in this district on July 8, 2022, and they were detained pursuant to voluntary orders of detention. In accordance with Local Rule 116.5(b), and with the assent of the defendants, the government submits the following:

1. **Automatic Discovery and Discovery Requests**

The government has provided an initial production of automatic discovery in this case. The discovery is voluminous.

2. **Timing of Additional Discovery**

The government anticipates providing additional discovery upon the initial appearance of additional defendants or upon request.

3. **Timing of Additional Discovery Requests**

The defendants reserve the right to make additional discovery requests upon completing their review of the discovery produced to date. Given the volume of the discovery and the complexity of the case, the defendants cannot provide an estimate of a timeline for such a request.

4. **Protective Orders**

The Court has entered a protective order in this case.

5. **Pretrial Motions**

The defendants have not filed any pretrial motions under Fed. R. Crim. P. 12(b). They reserves the right to file after additional review of the discovery.

6. **Excludable Delay**

Zero days of non-excludable time have accrued.

7. **Timing of Interim Status Conference**

Given the volume of discovery, the parties respectfully request that the Court continue the Interim Status Conference, which is currently set for August 16, 2022, to a date in late September 2022. Finally, the parties jointly and respectfully request that the Court exclude the time from August 16, 2022, through the date set for the interim status conference, pursuant to the provisions of the Speedy Trial Act, specifically, 18 U.S.C. § 3161(h)(7)(A), because the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

//

//

August 10, 2022　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　RACHAEL S. ROLLINS
　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　By:　　/s/ *Alathea E. Porter*
　　　　　　　　　　　　　　　　　　Alathea E. Porter
　　　　　　　　　　　　　　　　　　Jared C. Dolan
　　　　　　　　　　　　　　　　　　Assistant United States Attorneys


## CERTIFICATE OF SERVICE

　　　I hereby certify that this document filed today through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

　　　　　　　　　　　　　　　　　　　　　　/s/ *Alathea E. Porter*
　　　　　　　　　　　　　　　　　　　　　　Alathea E. Porter
　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

August 10, 2022